# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOEL BASURTO,

          Petitioner,

    v.

KRISTI NOEM, et al.,

          Respondents.

Case No. 1:26-cv-01317-KES-EPG-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 19, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 11.) This matter was referred to the undersigned "for further proceedings, including the preparation of findings and recommendations on the petition for writ of habeas corpus or other appropriate action." (Id. at 3.)

Given that Rodriguez Vazquez v. Bostock, No. 25-6842 (9th Cir. filed Oct. 29, 2025) appears to concern the issue presented in the petition, the Court will set an extended briefing schedule. Accordingly, the Court HEREBY ORDERS that:

1. Within ninety (90) days of the date of service of this order, Respondents may file a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction;

2.  Within thirty (30) days of the date of service of Respondents' response, Petitioner may file a reply; and

3.  If Respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **March 5, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE